**Property One, Inc.**
4141 Veterans Blvd, Suite 300
Metairie, LA 70002

## COMMISSION INVOICE # L4667
### SEPTEMBER 2, 2010

U.S. Agencies, LLC
c/o Affirmative Insurance Holdings
150 Harvester Dr., Suite 300
Burr Ridge, IL 60527

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| CONTRACT TYPE: | NEW LEASE | LEAD AGENT: | CALLICOTT REAL ESTATE SERVICES |
| PROJECT: | 1500 Main Street | TELEPHONE: | (504) 681-3400 |
| TENANT: | U.S. Government | ACCOUNT ID: | L4667 |
| SQUARE FOOTAGE: | 173,265 | | |
| TERM: | 60 Months | | |

| 05/15/2010 | 05/14/2015 | 60 | 13.96 | 201,842.08 | 12,110,524.80 | 4.0000 | 484,420.99 |

### COMMISSION SCHEDULE

| 12/14/2009 | 50% Due At Sign-In | 242,210.49 |
|---|---|---|
| 05/15/2010 | 50% Due Upon Occupancy | 242,210.50 |
| | **TOTAL COMMISSION DUE** | **484,420.99** |

Federal Tax ID: 72-1025212
Please direct any questions about this invoice to
Ricky Acosta @ 504-681-3404. Thank you.


EXHIBIT B

Property One, Inc.
4141 Veterans Blvd, Suite 300
Metairie, LA 70002

**COMMISSION INVOICE # L4667R1**
**SEPTEMBER 2, 2010**

U.S. Agencies, LLC
c/o Affirmative Insurance Holdings
150 Harvester Dr., Suite 300
Burr Ridge, IL 60527

## LEASE INFORMATION

| CONTRACT TYPE: | RENEWAL LEASE | | | | LEAD AGENT: | CALLICOTT REAL ESTATE SERVICES |
| PROJECT: | 1500 Main Street | | | | TELEPHONE: | (504) 681-3400 |
| TENANT: | U.S. Government | | | | ACCOUNT ID: | L4667R1 |
| SQUARE FOOTAGE: | 173,265 | | | | | |
| TERM: | 60 Months | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/15/2015 | 05/14/2016 | 12 | 11.36 | 164,014.73 | 1,968,176.76 | 4.0000 | 78,727.08 |
| 05/15/2016 | 05/14/2017 | 12 | 12.36 | 178,452.65 | 2,141,431.80 | 4.0000 | 85,657.27 |
| 05/15/2017 | 05/14/2018 | 12 | 12.76 | 184,227.82 | 2,210,733.84 | 4.0000 | 88,429.35 |
| 05/15/2018 | 05/14/2019 | 12 | 13.16 | 190,002.98 | 2,280,035.76 | 4.0000 | 91,201.43 |
| 05/15/2019 | 05/14/2020 | 12 | 13.28 | 191,735.53 | 2,300,826.36 | 4.0000 | 92,033.05 |
| TOTAL LEASE VALUE | | 60 | | | 10,901,204.52 | | 436,048.18 |

## COMMISSION SCHEDULE

| | | |
|---|---|---|
| 05/15/2015 | Due upon 5th anniversary | 436,048.18 |

**TOTAL COMMISSION DUE**   **436,048.18**

Federal Tax ID: 72-1025212
Please direct any questions about this invoice to
Ricky Acosta @ 504-681-3404. Thank you.