PROPERTY ONE, INC. COST OK Amt. **750** ⁻  NO.: **602.183**  DIV.: **SEC. 27**

4921
MAY 2 7 2011    19TH JUDICIAL DISTRICT COURT

VERSUS

BY ____ **DA** ____    PARISH OF EAST BATON ROUGE
DY. CLERK OF COURT

USAgencies, L.L.C., *et al.*    STATE OF LOUISIANA
*****************************************************************

## PETITION

NOW INTO COURT, through undersigned counsel, comes Property One, Inc., hereafter "Property One", a Louisiana Limited Liability Company, domiciled in the Parish of Jefferson, who respectfully represents:

1.

Made Defendants herein are:

**USAgencies, L.L.C.,** hereafter "USAgencies", a Louisiana Limited Liability Company, domiciled and doing business in the Parish of East Baton Rouge; and

**Affirmative Insurance Holdings, Inc.,** hereafter "Affirmative", a Texas Corporation, with offices in Illinois, not registered to do business in Louisiana, having minimum contacts with this State as more particularly described below, which subject it to jurisdiction via the long arm statute, La.R.S. 13:3201;

who are indebted unto Property One, in solido, for all damages reasonable in the premises, including real estate broker commissions, plus legal interest thereon from judicial demand and for all costs of these proceedings, for the following, to-wit:

2.

Affirmative Insurance Holdings, Inc. is an integrated insurance holding company that produces and provides automobile insurance to consumers in certain geographical areas that include East Baton Rouge Parish, Louisiana.

3.

USAgencies Casualty Insurance Company, Inc. is one of Affirmative's retail agencies, who has offices in and operates in East Baton Rouge Parish, Louisiana. Upon information and belief, Affirmative acquired USAgencies Casualty Insurance Company, Inc. in January of 2007. Further upon information and belief, Affirmative's officers are the members of USAgencies and thereby through Affirmative control the activities of USAgencies in East Baton Rouge Parish, Louisiana and otherwise.


EBR792958

EXHIBIT
C

5.

At all times mentioned herein and to date, USAgencies was the owner of east building of the property bearing the municipal address of 1500 Main St., Baton Rouge, Louisiana, hereafter called "Renaissance Park." Affirmative, through it officers, who are also the members of USAgencies acted for and controlled USAgencies in the management and leasing of Renaissance Park in East Baton Rouge Parish, Louisiana.

6.

On August 31, 2005 the General Services Administration, hereafter "GSA", of the federal government leased both the east and west buildings of Renaissance Park on behalf of FEMA. This lease was consummated with the assistance of Macon Callicott of Property One, who was originally contacted by GSA representatives about the availability of both buildings at Renaissance Park.

7.

At all times mentioned herein, Property One is a real estate brokerage firm licensed by the State of Louisiana whose business operations include the leasing of commercial property for a brokerage commission based upon the rentals received by the landlord from the tenant in a particular lease. Property One acted as a real estate broker on the transaction mentioned in the preceding paragraph and received a portion of the entire 6% leasing brokerage commission. Property One keeps and maintains offices that include an office location in East Baton Rouge Parish. Property One's agents handled this transaction primarily from its Baton Rouge office.

8.

Prior to expiration of the lease and with the knowledge that FEMA was moving out of one of the buildings, Affirmative, through its representatives Robert Goodwin and Michael McClure, asked Property One to help Affirmative obtain from GSA another lease of Renaissance Park or portions thereof. At this point in time, defendants needed the assistance of Property One as a result of Property One's long standing relationship with GSA and defendants knew that GSA trusted the conduct of Property One as a leasing agent.

9.

Thus, Property One, using its industry experience and its agent's personal contacts with persons within GSA, began participating in negotiations for a new lease between GSA and USAgencies. At all times mentioned herein, Affirmative acted for and controlled USAgencies,

including the seeking of Property One's assistance to develop a new lease between USAgencies and GSA. Further, at all times mentioned herein, USAgencies was complicit with the actions and conduct of Affirmative and its employees, officers and agents.

10.

After Property One assisted Affirmative for many months, Macon Callicott, an agent with Property One travelled from Louisiana to Fort Worth, Texas, at the request of Affirmative, to meet with GSA representatives along with Affirmative representatives to reach an understanding for a new lease. At the meeting in Fort Worth, held on or about the 8th day of October 2008, with the assistance and active participation of Property One, Affirmative and GSA reached an understanding of the financial framework and structure of the prospective lease.

11.

Property One performed the duties requested by Affirmative in good faith, with the understanding that a written representation agreement would be signed by Affirmative, but that never happened. Further, Affirmative informed Property One's agent that there should not be a concern over leasing commissions to be paid, whenever Affirmative engaged another broker to consider the marketing and sale of the east building of Renaissance Park.

12.

After Affirmative came to an agreement with GSA on the financial framework and structure of the prospective lease, Affirmative advised Property One that their services were no longer necessary. The discharge of Property One by Affirmative took place within a few days after the meeting in Fort Worth, TX when the financial framework and structure of the lease was approved by the parties.

13.

On December 14, 2009, USAgencies, which reveals its address as that of Affirmative in Burr Ridge, IL and GSA signed the new lease, which contains substantially the same structure of the financial framework and structure as agreed upon between Affirmative and GSA at the Fort Worth, TX meeting. A copy of the lease is attached hereto as Exhibit "A."

14.

Property One invested substantial time and expense in assisting Affirmative in the procuring of GSA as the tenant in the new lease. Property One was instrumental in procuring GSA as a tenant for the new lease and the cause for putting the parties together to enter into the

final lease. As a result thereof, Property One is owed commission on the lease from defendants, or alternatively the defendants have been unjustly enriched due to the effort, industry, use of contacts and expense of Property One in bringing the parties together that ultimately culminated in the signing of a new lease.

15.

Industry standards call for a lease broker commission in the amount of 4% of the gross lease rental amount with 50% of that sum due at lease signing and 50% due at lease commencement.

16.

Despite amicable demand, attached hereto as Exhibit "B in globo", Defendant has failed to pay the sums currently owed to Property One and has also indicated that it will not pay any commission to Property One related to the lease attached hereto as Exhibit "A".

17.

Property One is entitled to recovery of a leasing broker commission as having put the parties together who signed the lease. Property One further procured the tenant for the lease with Affirmative and was the cause of the lease having been reached.

18.

In the alternative, failure to award broker's commission to Property One would cause Defendant to be unjustly enriched by Property One's efforts in negotiating the lease, including, but not limited to Affirmative having utilized the industry, labor, GSA and other industry contacts and expense of Property One in bringing the parties together to sign a new lease. Further in the alternative, Property One and its agents reasonably relied upon to its detriment the representations and conduct of defendants in the lending of assistance to defendants in the culmination of the lease attached hereto as Exhibit "A."

19.

The amount in dispute and which remains unpaid and due and owing unto Property one exceeds the sum of $75,000.00. Property One prays for a jury trial on all issues triable by jury.

**WHEREFORE,** Property One prays that after due proceedings are had, that there be judgment in its favor and against Defendants, USAgencies, L.L.C. and Affirmative Insurance Holdings, Inc. (1) in solido, for all damages reasonable in the premises, including, but not limited to a brokers commission in the amount of 4% of the gross lease rental amount on the lease

attached hereto as Exhibit "A" in accord with the demand attached hereto as Exhibit "B", plus

legal interest thereon from the date of judicial demand for all sums awarded hereunder, with all

costs of these proceedings and (2) for a declaration that Property One is entitled to 4% of any

gross lease rentals of the lease attached hereto as Exhibit "A" and the demand attached hereto as

Exhibit "B" and (3) for trial by jury on all issues triable by jury and (4) for all proven and

equitable remedies deemed appropriate by this Honorable Court.

Attorneys for Property One:

J.E. Cullens, Jr. (La.Bar.No. 23011)
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
225-236-3636 phone
225-236-3650 fax
cullens@lawbr.net

PLEASE SERVE:

USAgencies, L.L.C.
Through its registered agent for service of process
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

Affirmative Insurance Holdings, Inc.
By returning a certified true copy of the Petition and citation
to Plaintiff's counsel, for use in long arm service.

### CIVIL

| | |
|---|---|
| ☐ 01-DAMAGES | ☐ 11-COMM. PROP. PARTITIONS |
| ☐ 02-CONTRACT | ☐ 12-PUBLIC SERV. Comm. |
| ☐ 03-PRISONER SUIT | ☐ 13-OTHER PARTITIONS |
| ☐ 04-EXECUTORY PROCESS | ☐ 14-OTHER |
| ☐ 05- | ☐ 15- |
| ☐ 06- | ☐ 16- |
| ☐ 07- COMPENSATION | ☐ 17- |
| ☐ 08- JUDICIAL REVIEW | ☐ 18- |
| ☐ 09-PROPERTY RIGHTS | ☐ 19- |
| ☐ 10-INJUNCTION MANDAMUS | ☐ 20- |

Dec. 14. 2009 12:34PM    AFFIRMATIVE INS SVCS                    No. 8942    P. 2/02

| STANDARD FORM 2 | |
| --- | --- |
| amended<br>GENERAL SERVICES<br>ADMINISTRATION<br>FPR (41 CFR) 1-16.601<br>FEMA Direct Bill Lease | **U.S. GOVERNMENT**<br>**LEASE FOR REAL PROPERTY** |
| DATE OF LEASE<br>Revised 12/8/2009<br>**12/14/09** | FEMA LEASE NO. HSFE-LA-10-L-0019<br>DR-1603-LA Katrina |

THIS LEASE, made and entered into this date by and between USAGENCIES, L.L.C.

whose address is c/o Affirmative Insurance Holdings, Inc.
150 Harvester Drive, Suite 300
Burr Ridge, IL 60527
Attn: Michael J. McClure, Executive Vice President and CFO

and whose interest in the property hereinafter described is that of Owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the consideration hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

A total of 173,265 rentable square feet (RSF) of office and related use space located on the first and second floors of the Renaissance Park East Building bearing the municipal address of 1500 Main Street, Baton Rouge, LA 70802, together with 1,021 on-site/across street, non-reserved parking spaces, all located on that certain parcel of land being legally described in Exhibit A, and being further described in the design intent drawings, Exhibit B, attached to and made a part of this lease.

to be used for such purposes as determined by the Government.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning upon acceptance of the space by the Government through 10 years. Space shall be ready for occupancy no later than May 15, 2010, subject to termination and renewal rights as may be herein after set forth.

3. The Government shall pay the Lessor annual rent as follows:

| | | | |
| --- | --- | --- | --- |
| Years 1 - 5 | $2,422,104.90 at the rate of $201,842.08 per month or $13.98 per RSF |
| Year | 6 | $1,968,176.80 at the rate of $164,014.73 per month or $11.36 per RSF |
| Year | 7 | $2,141,431.80 at the rate of $178,452.65 per month or $12.36 per RSF |
| Year | 8 | $2,210,733.50 at the rate of $184,227.82 per month or $12.76 per RSF |
| Year | 9 | $2,280,035.80 at the rate of $190,002.98 per month or $13.16 per RSF |
| Year | 10 | $2,300,826.40 at the rate of $191,735.53 per month or $15.28 per RSF |

Rent for a lesser period shall be prorated. Rent payments shall be made by the Federal Emergency Management Agency (FEMA) monthly in arrears payable to:

USAgencies, LLC
c/o Affirmative Insurance Holdings, Inc.
150 Harvester Drive, Suite 300
Burr Ridge, IL 60527

Lessor shall send an invoice to FEMA Finance Center at the completion of each month. Invoice shall include the FEMA Disaster No. DR-1603-LA-Katrina, and the FEMA Lease No. HSFE-LA-10-L-0019. Invoice shall be sent to the following:

FEMA – Vendor Pay/Disaster DR-1603 –LA- Katrina
Disaster Finance Center
P.O. Box 800
Berryville, VA 22611
Attention: Ms. Anita Jackson – Telephone number 640-542-7309



continued on page 2          Initials: Lessor _____ & Govt. _____


EBR792960

Dec. 14. 2009 12:34PM     AFFIRMATIVE INS SVCS                    No. 8942   P. 3.03

Page 2
Lease No. HSFE-LA-10-L-0019
Baton Rouge, LA

4. The Government may terminate this lease, in whole or in part on or after five years, currently estimated date May 15, 2015, by giving at least 120 days notice in writing to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing.

5. If this lease is not renewed, and if the Government, with the knowledge or consent of the Lessor, remains on the Premises after the expiration of the lease term, the Government shall become a tenant from month-to-month, under the same terms and conditions.

6. The Lessor shall furnish to the Government, as part of the rental consideration, the following:

A. Facilities, services, utilities, and maintenance, as specified in the attached Solicitation For Offers (SFO) as amended, and attachments and exhibits thereto, and as further specified elsewhere in this lease agreement. Excluded from the rental rate is the cost of electricity and cleaning of the premises. The premises shall be separately metered and the Government agrees to pay for the electricity and provide for the cleaning of the facility. The Lessor is responsible for water, and for the total maintenance, repair, and operation of the leased premises, including preventative maintenance for all mechanical, electrical and plumbing systems, and installation, initial supply and replacement of light bulbs, tubes, ballasts, and starters, and janitorial supplies, including soap, towels, bathroom tissue, etc. The Lessor shall provide lawn and landscaping maintenance and control of pests, using integrated Pest Management techniques throughout the term of the lease.

B. Within 15 days of award, Lessor shall furnish to the GSA Contracting Officer a statement from a registered professional engineer stating that all HVAC systems can operate under the control conditions stated in the SFO.

C. SHELL RENT - Included in the annual rent is shell rent of $2.91 per RSF which includes a total of $3,000,000.00 for building shell improvements. The final cost, not to exceed $3,000,000.00, will be identified after award upon completion of construction drawings and receipt of final construction cost information. In the event the actual cost of "shell" construction is less than $3,000,000.00, the Lessor shall provide a contingency fund for the difference in cost and the difference shall be applied toward the cost of tenant improvements, or the rental rate (amortized portion of TI) shall be adjusted accordingly. This will be determined in writing by the GSA Contracting Officer.

D. The Lessor shall complete alterations required both by this lease and in compliance with all laws, statutes, codes, ordinances and other regulations applicable to the Premises to bring the building into full compliance with the Americans with Disabilities Act (ADA), the egress requirements of the Fire/Life Safety Code, and requirements as stipulated by the SFO and as identified on Exhibit B. The Lessor shall provide and maintain fire exit signs/lights and Class 2A fire extinguishers as required by code throughout the leased premises and properly seal all vertical penetrations between all floors to provide fire resistance at no additional cost to the Government. The Construction Drawings shall be reviewed by a Government Fire Safety Engineer to ensure compliance with the Code and to identify the specific locations for exit signs.

E. The space shall be free of all asbestos containing materials, except undamaged asbestos flooring in the space or undamaged boiler or pipe insulation outside the space, in which case an asbestos management program conforming to Environmental Protection Agency guidance shall be implemented. The Lessor shall submit a copy of an asbestos-related Maintenance Plan for acceptance by the Government prior to acceptance of space and occupancy.

F. TENANT IMPROVEMENTS – Currently estimated at a total of $2,300,000.00, are to be amortized over the first five years at a rate of $3.06 per rentable square foot at an annual interest rate of 6%. Upon Government approval of the Lessor prepared construction documents based on the attached design intent drawings, the Lessor shall proceed to acquire competitive prices/bids for the tenant improvements pursuant to Paragraph 3.2 of the SFO.

continued on page 3                Initials: Lessor _____ & Govt _____

East Baton Rouge Clerk of Court                                                    Page 3 of 8

Dec. 14. 2009 12:34PM      AFFIRMATIVE INS SVCS                         No. 8942   P. 4/04

Page 3
Lease No. HSFE-LA-10-L-0019
Baton Rouge, LA

G.  Upon the Government's review and acceptance of the Lessor's cost proposal based upon that competition, and GSA Contracting Officer's determination of price reasonableness, not to exceed (NTE) $2,300,000, or as may be amended as described in 6C, the Contracting Officer shall issue to the Lessor a notice to proceed.  The Lessor shall allow 6 working days for Government approval of construction drawings and 5 working days for review/approval of cost proposal.

H.  Predicated upon the notice to proceed is issued by January 15, 2010, the space alterations shall be completed and ready for occupancy no later than May 15, 2010.  If the space is not ready for occupancy by May 15, 2010 and a federally declared disaster occurs, the Government at its sole discretion shall determine whether occupancy will occur during the time of the declared disaster.

I.  Upon completion of the construction drawings and approval by the Government, should the cost of tenant improvements exceed the estimate of $2,300,000.00, prior to the notice to proceed, the Government shall review the proposed cost and make a determination to accept the increase of the cost of tenant improvements or reduce the scope of work.

J.  In the event changes are made to the premises under construction after completion of construction drawings, and these changes incur additional costs for the Government, the Government shall have the option of making a one-time lump sum payment, not to exceed $619,600.00, for the difference after acceptance of space and invoice submitted by the Lessor or amortize the additional cost over the five year firm term of the lease at an interest rate of 6%. The amortized tenant improvements and any lump sum payment by the Government shall not exceed $1,350,000.00 for FY 2010.  Costs shall be submitted to the Contracting Officer prior to implementation of any change so that the costs can be reviewed for reasonableness and approval.  At no time shall changes incurring additional cost be made by the tenant agency without a written change order issued by the GSA Contracting Officer.

K.  Prior to acceptance of the space by the Government, the Lessor shall provide a valid Certificate of Occupancy for the intended use of the Government, and shall meet, maintain, and operate the building in conformance with all applicable codes and ordinances.

L.  FINAL CONSTRUCTION SCHEDULE - The Lessor shall provide a final construction schedule as required by the SFO identifying milestones no later than 45 days from date of award.

M.  Building Standard Hours of Operation are as follows:

            Monday – Friday:  7 AM –   6 PM
            Saturday:          6 AM – 12 PM

7.  The following are attached to and made a part hereof:
    A.  Pages 2 - 6 to the SF-2
    B.  Solicitation for Offers (SFO) # FEMA BR/AFO/TRO, dated 6/15/09
    C.  Exhibit A, Legal Description
    D.  Exhibit B, Design Intent Drawings
    E.  General Clauses, GSA Form 3517B, 33 pages (Rev 11/05)
    F.  Representations and Certifications, GSA Form 3518, 7 pages (Rev1/07)

8.  A.  This lease is not subject to automatic rent payments or operating cost adjustments.

    B.  If this lease is converted to a standard GSA Lease; it will be amended via a Supplemental Lease Agreement (SLA) to establish a GSA Lease Number and the effective date for automatic rent payments.  As long as the Government pays for the electric bill and provides its own janitorial, this lease shall not be subject to Operating cost adjustments as described in Paragraph 3.7 of the SFO.

    C.  The percentage of occupancy for tax adjustment purpose is 100 % based on 173,255 RSF, common area factor is 5%.

continued on page 4                 Initials: Lessor _____ & Govt: _____

East Baton Rouge Clerk of Court                                                    Page 4 of 8

Dec. 14. 2009 12:35PM       AFFIRMATIVE INS SVCS                    No. 8942   P. 5/05

---

Page 4
Lease No. HSFE-LA-10-L-0019
Baton Rouge, LA

   D.   The current real estate taxes are established at $ 53,940/ $0.31 per RSF.  The actual base will be
        adjusted after the first 12-month period coincident with full assessment, and reflected in the rent.
        The Government shall be responsible for payment of any tax increase over the established
        amount only if the proper invoice and evidence of payment is submitted by the Lessor within 60
        calendar days after the date the tax payment is due from the Lessor to that taxing authority.  Refer
        to Tax Adjustment clause in the SFO.

   9.   The Lessor shall not enter into negotiations concerning the leased premises with any Government
representative other than the General Services Administration (GSA) Contracting Officer or his designee as
authorized in writing by the GSA Contracting Officer.

   10.  The Lessor shall not be reimbursed for any services not provided for in the lease, including but not
limited to repairs, alterations, or overtime services, nor will any rental be paid for occupancy, in whole or in
part, except as provided for in this lease or authorized in writing by the GSA Contracting Officer or his
designee.  All questions pertaining to the floor plan or the lease shall be addressed to the GSA Contracting
Officer or his designee.  The tenant occupant is not authorized to make any changes to the lease and General
Services Administration assumes no responsibility for any costs incurred by the Lessor except as provided by
the terms of this lease, or authorized in writing by the GSA Contracting Officer.

   11.  The Government reserves the right to install its own security system.  The system shall remain the
property of the Government and the Lessor shall waive all rights of restoration as it pertains to the system.

   12.  The Government's points of contact for this Lease are:
        A)  Lil Parr, GSA Contracting Officer, 817-296-5551 - prior to award and until the space is accepted for
            occupancy;
        B)  after occupancy of space:

                     FEMA LEASE ADMINISTRATION CONTACT:
                     Ms. Paula Miller
                     FEMA Area Field Office
                     1500 Main Street
                     Baton Rouge, LA 70802
                     (office): 225-242-6093,          (b)(6)

   13.  All rights, responsibilities and obligations of the Government as Lessee hereunder shall be deemed to
be those of FEMA, so that any claim by the Lessor against the Government or other enforcement by the
Lessor of any of its rights under the Lease shall be taken by Lessor against FEMA, and any claim by the
Government against the Lessor or other enforcement by the Government of any of its rights under the Lease
shall be taken by FEMA.  Any communication or notices under the Lease by the Lessor to the Government
shall be addressed to the Government point of contact at FEMA set forth above.  The parties hereto agree that
facsimile signatures shall be binding (hard copies with original signatures to follow via U.S. Mail).

   14.  The Lessor may propose for the Contracting Officer's acceptance, evolutionary adaptation or changes to
the concept which improves the design.  Neither party shall unreasonably withhold such acceptance of
demonstrably beneficial design adaptations of the concept which would not measurably increase the costs of
construction, operation, or occupancy of the space or building and which would not decrease the utility of the
space or building to either party.

   15.  PARKING -- As free rent and at no additional cost to the Government, the Government shall have
access to all the parking spaces, except those that may be required to accommodate the Lessor's contractors
during renovation.  For approval, the Lessor shall provide to the Contracting Officer written notice designating a
certain portion of the parking lot off limits during construction.  In the event of a declared disaster and
Government not taking occupancy of the facility, the Government shall pay the Lessor rent for parking at
$25.00 per parking spot per month until such time as the Government takes occupancy of the facility.

continued on page 5          Initials: Lessor _____ & Govt: _____

Dec. 14. 2009 12:35PM     AFFIRMATIVE INS SVCS                    No. 8942   P. 6

Page 6
Lease No. HSFE-LA-10-L-0019
Baton Rouge, LA

16.   It is the Government's intent to keep the Government generator hooked up as is during construction. It will be available for use to the Lessor should a municipal power outage occur.

17. A.  During the construction, the Government shall have use of the connecting walkway between the 4-story and 2-story buildings.  As part of shell improvements, the Lessor shall construct a demising wall separating the connecting walkway between the four-story from the two-story building.

    B.  Within 15 days of award, the Lessor shall provide a drawing indicating the boundaries/property lines between the two buildings.

    C.  Upon Government occupancy of the premises at 1600 Main, as part of the shell improvements, the Lessor shall provide fencing to separate the two structures.  The new fence shall match existing fence, or as may be otherwise approved by the GSA Contracting Officer.

18.   A Supplemental Lease Agreement shall be prepared to establish the beginning date for rental payments, any changes which may be required to reflect the actual square feet under lease, and any change orders which may occur during construction.  END

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written

LESSOR:   USAgencies, L.L.C.

BY _____          _____Michael J. McClure EVP+CFO____
           (Signature)                    (Print Name and Title)

IN PRESENCE OF:
                                      US Agencies  LLC
                                      150 Hampton Drive, Suite 200
_____              Burr Ridy IL 60527
           (Signature)                    (Address)

UNITED STATES OF AMERICA             GENERAL SERVICES ADMINISTRATION
                                     3535 S. Sherwood Forest Blvd., Suite 150
                                     Baton Rouge, LA 70816

BY _____          _____Contracting Officer_____
           (Signature)                    (Official Title)

TOTAL P.06

Exhibit A

Legal Description for 1500 Main Street, Baton Rouge, LA

Facility and Parking (1,021)

① Legal description
please complete
& provide

② SFO p. 6 info re: HVAC zones
" p 14 info re: unit costs
(to be used for change order)
& 1st yr. alterations
p 16 total RSF in bldg

③ GSA form 3518 p. 7. CC registration

④ ACH form
need it signed by
individual from financial
institution

**Property One, Inc.**
4141 Veterans Blvd, Suite 300
Metairie, LA 70002

**COMMISSION INVOICE # L4667**
**SEPTEMBER 2, 2010**

U.S. Agencies, LLC
c/o Affirmative Insurance Holdings
150 Harvester Dr., Suite 300
Burr Ridge, IL 60527

---

### LEASE INFORMATION

| CONTRACT TYPE: | NEW LEASE | | LEAD AGENT: | CALLICOTT REAL ESTATE SERVICES |
| PROJECT: | 1500 Main Street | | TELEPHONE: | (504) 681-3400 |
| TENANT: | U.S. Government | | ACCOUNT ID: | L4667 |
| SQUARE FOOTAGE: | 173,285 | | | |
| TERM: | 60 Months | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/15/2010 | 05/14/2015 | 60 | 13.98 | 201,842.08 | 12,110,524.80 | 4.0000 | 484,420.99 |

---

### COMMISSION SCHEDULE

| | | | |
|---|---|---|---|
| 12/14/2009 | 50% Due At Sign-In | | 242,210.49 |
| 05/15/2010 | 50% Due Upon Occupancy | | 242,210.50 |

**TOTAL COMMISSION DUE**       **484,420.99**

Federal Tax ID: 72-1025212

Please direct any questions about this invoice to
Ricky Acosta @ 504-681-3404. Thank you.



**Property One, Inc.**
4141 Veterans Blvd, Suite 300
Metairie, LA 70002

**COMMISSION INVOICE # L4667R1**
**SEPTEMBER 2, 2010**

U.S. Agencies, LLC
c/o Affirmative Insurance Holdings
150 Harvester Dr., Suite 300
Burr Ridge, IL 60527

## LEASE INFORMATION

| CONTRACT TYPE: | RENEWAL LEASE | | | | LEAD AGENT: | CALLICOTT REAL ESTATE SERVICES |
| PROJECT: | 1500 Main Street | | | | TELEPHONE: | (504) 681-3400 |
| TENANT: | U.S. Government | | | | ACCOUNT ID: | L4667R1 |
| SQUARE FOOTAGE: | 173,285 | | | | | |
| TERM: | 60 Months | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/15/2015 | 05/14/2016 | 12 | 11.36 | 184,014.73 | 1,968,176.76 | 4.0000 | 78,727.08 |
| 05/15/2016 | 05/14/2017 | 12 | 12.36 | 178,452.85 | 2,141,431.80 | 4.0000 | 85,657.27 |
| 05/15/2017 | 05/14/2018 | 12 | 12.76 | 184,227.82 | 2,210,733.84 | 4.0000 | 88,429.35 |
| 05/15/2018 | 05/14/2019 | 12 | 13.16 | 190,002.98 | 2,280,035.78 | 4.0000 | 91,201.43 |
| 05/15/2019 | 05/14/2020 | 12 | 13.28 | 191,735.53 | 2,300,826.36 | 4.0000 | 92,033.05 |
| TOTAL LEASE VALUE | | 60 | | | 10,901,204.52 | | 436,048.18 |

## COMMISSION SCHEDULE

| | | | |
|---|---|---|---|
| 05/15/2015 | | Due upon 5th anniversary | 436,048.18 |

**TOTAL COMMISSION DUE    436,048.18**

Federal Tax ID: 72-1025212

Please direct any questions about this invoice to
Ricky Acosta @ 504-681-3404. Thank you.

PROPERTY ONE, INC.

VERSUS

USAGENCIES, L.L.C., *et al.*

NO.:          DIV.:

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**************************************************************************

### REQUEST FOR NOTICE

To:    Clerk of Court,
       19th Judicial District Court, Parish of East Baton Rouge
       300 North Boulevard
       Baton Rouge, LA 70801

    In accordance with the provisions of the Louisiana Code of Civil Procedure, you are
hereby requested to give us written notice, by mail, ten (10) days in advance of the date fixed for
trial of this case, whether on exceptions, rules or the merits thereof.

    In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also
requested to send us immediate notice of any order or judgment made or rendered in this case,
upon entry of such order or judgment.

                                    Attorneys for Property One:

                                    J.E. Cullens, Jr. (La.Bar.No. 23011)
                                    Walters, Papillion, Thomas, Cullens, LLC
                                    12345 Perkins Road, Building One
                                    Baton Rouge, LA 70810
                                    225-236-3636 phone
                                    225-236-3650 fax
                                    cullens@lawbr.net

EBR792959

# CITATION
### (Long Arm LSA R.S. 13:3201 et seq.)

PROPERTY ONE INC
(Plaintiff)

Vs.

USAGENCIES LLC., ET AL
(Defendant)

NUMBER C602183 SECTION 27

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  *AFFIRMATIVE INSURANCE HOLDINGS INC*

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 02 JUN 2011.

_____
*Jessica Hughes/Deputy Clerk of Court*
Doug Welborn, Clerk of Court

**Requesting Attorney: J E CULLENS**

*Also attached are the following documents:
PETITION; REQUEST FOR NOTICE

CITATION-LONG ARM- 2412



EBR703843

2425-11-000332

# CITATION

PROPERTY ONE INC
(Plaintiff)

Vs.

USAGENCIES LLC., ET AL
(Defendant)

NUMBER C602183 SECTION 27

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  **USAGENCIES, LLC**
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEMS

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 02-JUN-2011.

*Jessica Hughes/Deputy Clerk of Court For*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: J E CULLENS JR**

Also attached are the following documents:
**PETITION ; REQUEST FOR NOTICE**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

CT CORPORATION SYSTEMS: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE:    $_____           _____
TOTAL:        $_____                      Deputy Sheriff

CITATION - 2425



EBR807945

Case 3:11-cv-00453-JJB-SCR   Document 1-4   07/05/11   Page 17 of 21

2425-11-000332

# CITATION

PROPERTY ONE INC
(Plaintiff)

NUMBER C602183 SECTION 27

19th JUDICIAL DISTRICT COURT

Vs.

PARISH OF EAST BATON ROUGE

USAGENCIES LLC., ET AL
(Defendant)

STATE OF LOUISIANA

TO:   *USAGENCIES, LLC*
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEMS

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 02 JUN 2011.

Jessica Hughes/Deputy Clerk of Court For
Doug Welborn, Clerk of Court

Requesting Attorney: J E CULLENS JR

Also attached are the following documents:
PETITION ; REQUEST FOR NOTICE

SERVICE INFORMATION:

Received on the _____ day of _____, 20____   and on the _____, 20____ , served on the above named party as follows:

CT CORPORATION SYSTEMS:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____ .

SERVICE:      $ _____
MILEAGE:      $ _____                                       _____
TOTAL:        $ _____                                          Deputy Sheriff

CITATION - 2425

EBR755175

EBR807945

FILED

JUN 0 6 2011

DEPUTY CLERK OF COURT

PROPERTY ONE, INC.                    *    NUMBER: 602183    DIV: "27"
                                      *
                                      *
                                      *    19TH JUDICIAL DISTRICT COURT
VERSUS                                *
                                      *    PARISH OF EAST BATON ROUGE
                                      *
USAGENCIES, L.L.C., *et al.*          *    STATE OF LOUISIANA

---

## MOTION FOR EXTENSION OF TIME

NOW COMES Defendant, USAgencies, L.L.C. ("USAgencies"), which files this Motion for Extension of Time to File Responsive Pleadings for the following reasons:

1.

The Petition filed by Plaintiff, Property One, Inc. ("Property One"), was served on USAgencies on June 6, 2011. USAgencies, therefore, is required to file responsive pleadings on or before June 21, 2011.

2.

USAgencies requests an additional thirty (30) days, or up to and including July 21, 2011, within which to file responsive pleadings on the grounds that additional time is needed to adequately respond to the allegations therein.

3.

USAgencies reserves the right to assert any and all available defenses and exceptions, and the filing of this motion does not constitute a waiver thereof.

4.

Undersigned counsel attempted to contact counsel for plaintiff to discuss whether he has any opposition to this motion for extension of time on behalf of USAgencies, but was unable to reach him.

1

980335.1

WHEREFORE, Defendant, USAgencies, L.L.C., prays that this Honorable Court grant its Motion for Extension of Time to File Responsive Pleadings, thereby allowing an additional thirty (30) days, or up to and including July 21, 2011, to respond to Plaintiffs' Petition.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

David R. Kelly, La Bar Roll No. 1457
Thomas R. Temple, Jr., La Bar Roll No. 26130
Chris D. Billings, La Bar Roll No.31621

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Motion for Extension of Time* has this date been served upon all counsel of record herein, by fax and/or electronic mail, and placing same in the United States Mail, postage prepaid and properly addressed, as follows:

J.E. Cullens, Jr.
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Fax:  225-236-3650
Email:  cullens@lawbr.net

Baton Rouge, Louisiana this 20th day of June 2011.

David R. Kelly

2

PROPERTY ONE, INC COST OK Amt. ___*18*___   NO.: 602,183 DIV.: 27   POSTED

Ch. 5072   JUN 2 0 2011   19TH JUDICIAL DISTRICT COURT   JUN 21 2011

VERSUS   BY ___trates___   DY. CLERK OF COURT   PARISH OF EAST BATON ROUGE

USAGENCIES, L.L.C., *et al.*   STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary, personally came and appeared:

### PATRICIA O. SOLLIE

who, after being first duly sworn, deposed that she is the legal assistant to J. E. Cullens, Jr., attorney representing the plaintiff in the above-captioned matter and that on June 10, 2011, she deposited into the United States Mail a certified copy of the Petition for Damages filed in this matter to be served upon Affirmative Insurance Holdings, Inc., via Louisiana Long Arm Statute, LSA-R.S.13:3201, certified mail, return receipt requested, Number 70101060000245398509. Attached copy Exhibit "A" is a copy of the return receipt card evidencing receipt of same.

PATRICIA O. SOLLIE

SWORN TO AND SUBSCRIBED BEFORE ME this 20th day of June, 2011.

J.E. Cullens, Jr.
J.E. CULLENS, JR. NOTARY PUBLIC
MY COMMISSION EXPIRES AT DEATH
LOUISIANA BAR ROLL NUMBER 23011

CERTIFIED TRUE COPY
022943
DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
FILED
2011 JUN 20 PM 3:12
DEPUTY CLERK OF COURT

EBR829776

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Steuber Canauth_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_A Curtis Smith_  JUN 14 2011 |
| 1. Article Addressed to:<br><br>Affirmative Holdings, Inc.<br>% CT Corporation System<br>350 N. St. Paul St.<br>Suite 2900<br>Dallas, TX  75201 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 1060 0002 4539 8509 |

PS Form 3811, February 2004        Domestic Return Receipt                102595-02-M-1540



PLAINTIFF'S
EXHIBIT
A